# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STONE-TEC, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:16-cv-00995 |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, STEPHEN | § | |
| WAYNE ANGELONE, AND JASON | § | |
| SPRADLIN, | § | |
| | § | |
| Defendants. | § | |

## INDEX

Exhibit A   *Jose Plascencia v. State Farm Lloyds and Feliciano Gallegos*; Civil Action No. 4:14-CV-524-A; In the United States District Court, Northern District of Texas, Fort Worth Division

Exhibit B   Cases

1. Plaintiffs' Original Petition – Cause No. DC-15-14575; *Lonnie Robinson v. Unitrin Safeguard Insurance Company and Edward Louis Leps, II*; In the 160th Judicial District Court of Dallas County, Texas
   Filed: 12/02/2015

2. Plaintiff's Original Petition – Cause No. DC-16-03461; *Ruby Davis v. Allstate Texas Lloyds and Michael Wright*; In the 68th Judicial District Court of Dallas County, Texas
   Filed: 03/25/2016

3. Plaintiff's Original Petition – Cause No. DC-16-02295; *Ronny Luong v. The Travelers Lloyds Insurance Company and Jason Spradlin*, In the 44th Judicial District Court of Dallas County, Texas
   Filed: 02/26/2016

4. Plaintiffs' Original Petition – Cause No. DC-16-01342; *Montford Management, LP v. QBE Specialty Insurance Company, et al.*; In the 44th Judicial District Court of Dallas County, Texas
   Filed: 02/01/2016

5. Plaintiff's Original Petition – Cause No. DC-16-00531; *Liberty Tech Computer World, Inc. v. Travelers Property Casualty Company of America and Unified Building Sciences, Inc.*; In the 160th Judicial District Court of Dallas County, Texas
   Filed: 01/15/2016

Exhibit C      Index of Documents

Exhibit D      A copy of the State Court Docket Sheet for the state court action

Exhibit E      Documents filed and all orders entered in the state court action as listed below:

1. Plaintiff's Original Petition
   Filed: February 24, 2016

2. Return of Citation on Jason Spradlin
   Served: March 4, 2016 and Filed: March 10, 2016

3. Return of Citation on Stephen Wayne Angelone
   Served: March 7, 2016 and Filed: March 16, 2016

4. Return of Citation on The Travelers Lloyds Insurance Company
   Served: March 11, 2016 and Filed: March 16, 2016

5. Defendants The Travelers Lloyds Insurance Company, Stephen Wayne Angelone and Jason Spradlin's Answer to Plaintiff's Original Petition
   Filed: April 4, 2016

Exhibit F      Certificate of Interested Persons