UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STONE-TEC, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:16-CV-00995-N |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, STEPHEN | § | |
| WAYNE ANGELONE, AND JASON | § | |
| SPRADLIN, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT NOTICE OF STIPULATION ON PLAINTIFF'S MOTION TO REMAND

Having heard the Parties' Joint Notice of Stipulation on Plaintiff's Motion to Remand, [Doc. No. 4], the Court finds the Notice has merit and should be granted.

IT IS HEREBY ORDERED that the Parties' Joint Notice of Stipulation on Plaintiff's Motion to Remand is GRANTED.

IT IS FURTHER ORDERED that this case is hereby remanded to the 14th Judicial District Court of Dallas County, Texas.

SIGNED this 2nd day of December, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE